**Nicholas J. Henderson, OSB#074027**
nhenderson@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re:<br><br>EARTH CLASS MAIL CORPORATION,<br><br>Debtor. | Case No. 15-30982-tmb11<br><br>CERTIFICATE OF SERVICE |
|---|---|

  I hereby declare, under penalty of perjury, that on Monday, March 2, 2015, I served upon the United States Trustee, via hand-delivery, a true and correct copy of 1) the foregoing List of Creditors Holding 20 Largest Unsecured Claims, and 2) self-adhesive labels with the name and service address for the debtor and the debtor's attorney, at the address set forth below:

Office of the United States Trustee
620 SW Main St., Rm 213
Portland, OR 97205

Dated: March 2, 2015.            /s/ Christopher Sturgeon
                 Christopher Sturgeon
                 Employee of Motschenbacher & Blattner, LLP

Page 1 – CERTIFICATE OF SERVICE

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Phone: (503) 417-0508
Fax: (503) 417-0528