DISTRICT OF OREGON
**F I L E D**
**March 06, 2015**
Clerk, U.S. Bankruptcy Court

Below is an Order of the Court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re ) | Case No. 15-30982-tmb11 |
| ) | |
| EARTH CLASS MAIL CORPORATION, ) | ORDER SETTING SCHEDULING AND CASE |
| ) | MANAGEMENT CONFERENCE AND NOTICE OF |
| ) | POSSIBLE DISMISSAL |
| Debtor. ) | |

Pursuant to 11 U.S.C. § 105(a), Fed. R. of Civ. P. 16, Bankr. R. 7016 and 9014, the court directs the debtor in possession to appear in a case management conference on **April 6, 2015, at 11:00 AM, in Courtroom No. 4, U.S. Bankruptcy Court, 1001 SW Fifth Avenue, 9th Floor, Portland, Oregon.** Other interested persons may attend, but are not required to do so. The purpose of the conference is to expedite the Chapter 11 case by establishing early and continuing control, to discourage wasteful litigation activities, and to facilitate settlement of disputed matters.

Typically, matters to be discussed at the conference include the following:

(1) Motions for extension of time to assume or reject leases.

(2) Motions for relief from stay.

(3) Adequate protection.

Page 1 - ORDER SETTING SCHEDULING AND CASE MANAGEMENT CONFERENCE AND NOTICE OF DISMISSAL

(4) Operation of the debtor's business.

(5) Preview of the Chapter 11 plans (liquidation or workout; funding; timing of filing disclosure statements and plans, including request to shorten or extend the exclusive period for filing a disclosure statements and plans; estimated administrative expenses, etc.).

(6) Designation as Chapter 11A fast track cases.

(7) Feasibility.

(8) Applications for employment of professionals and anticipated budgets for professionals employed by debtor in possession, committees, over-secured creditors, and others who may expect to be paid from the estate.

(9) Whether debtor in possession has filed all pre-petition tax returns, and if not, when the returns will be filed.

(10) The contents of a further scheduling and case management order to follow as a result of the conference.

Secured creditors, lien creditors, and others contemplating filing motions for relief from stay are advised that many of the issues typically addressed in such motions are likely to be dealt with at the scheduling and case management conference. Secured creditors may prefer to refrain from filing such motions until after the conference.

In order to provide sufficient information to meaningfully discuss management of the case,

IT IS HEREBY ORDERED that:

1. By **March 30, 2015**, the debtor in possession shall file with the court and serve a copy on the U.S. Trustee, the Creditors' Committee, if any, and any parties requesting special notice:

    (a) Cash flow analysis, prepared on a weekly basis, for the upcoming 120-day period.

    (b) Historical financial information for the past three (3) years. If there is seasonal variation in the debtor's income and expenses, the historical financial information

          shall include monthly recaps of income and expenses.

(c)     Statements of income and expenses since the date of filing of the petition with an indication as to the amount of paid and unpaid expenses.

(d)     Budgets with amounts the debtor in possession expects to incur for all professional services during the Chapter 11 case.  These budgets shall be on a monthly basis.

2.     Any party who believes that the estate is liable for attorneys' fees, other professional fees or costs shall file monthly budgets indicating the projected fees which the estate will be asked to pay.

NOTICE IS FURTHER GIVEN that if the debtor in possession fails to appear as required and/or fails to file and serve the information required by the order, this case, may be dismissed or converted to Chapter 7, without further notice or hearing, unless, at least three (3) days prior to the date or the case management conference, a party in interest files a written objection thereto, setting forth the specific grounds for such objection with BOTH: (1) the Clerk of Court, 1001 SW 5th Avenue, #700, Portland, OR 97204, and (2) Nicholas J. Henderson, Motschenbacher & Blattner, LLP, 117 SW Taylor St., Suite 200, Portland, OR  97204.

###

cc:     Nicholas J. Henderson
       United States Trustee
       Creditors
       Interested Parties