# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

In re                          )

                                )    Case No. _____

                                )

                                )    NOTICE OF *FINAL*

                                )    HEARING ON MOTION

                                )       FOR USE OF CASH COLLATERAL

                                )       TO OBTAIN CREDIT

Debtor(s)                 )    *(Check One)*

YOU ARE NOTIFIED THAT:

1.   The undersigned moving party, _____, filed a Motion     For Use of Cash Collateral     To Obtain Credit *(check one)*.  A copy of the motion, which INCLUDES the statement required by Local Form #541.7, is attached.

2.   The name and service address of the moving party's attorney (or moving party, if no attorney) are: _____.

3.   A *FINAL* HEARING on the motion WILL BE HELD ON _____ AT_____ IN _____, and testimony will be received if offered and admissible.

4.   If you WISH TO OBJECT to the motion, YOU SHALL, WITHIN 10 DAYS OF THE SERVICE DATE SHOWN in pt. 5 BELOW, FILE with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with "3" or "4", mail to 1001 SW 5th Ave. #700, Portland OR 97204; OR if it begins with "6" or "7", mail to 405 E 8th Ave #2600, Eugene OR 97401), BOTH:  (1) a written response, which states the facts upon which you will rely, AND (2) a certificate showing a copy of the response has been served on the U.S. Trustee and the party named in pt. 2 above.  See Local Form #541.50 for details.

5.   On _____ copies of BOTH this notice AND the motion, were served pursuant to FRBP 7004 on the debtor(s); any debtor's attorney; any trustee; any trustee's attorney; members of any committee elected pursuant to 11 U.S.C. §705; any Creditors' Committee Chairperson [or, if none serving, on all creditors listed on the list filed pursuant to FRBP 1007(d)]; any Creditors' Committee attorney; the U.S. Trustee; and all affected lien holders whose names and addresses used for service are as follows:

_____

Signature

_____

(If debtor is movant) Debtor's Address & Taxpayer ID#(s) (last 4 digits)

1  Nicholas J. Henderson
   nhenderson@portlaw.com
2  MOTSCHENBACHER & BLATTNER, LLP
   117 SW Taylor Street, Suite 200
3  Portland, OR 97204
   Telephone: (503) 417-0500
4  Facsimile: (503) 417-0501

5  Proposed Attorneys for Debtor
   Earth Class Mail Corporation

6

7

8

9                    UNITED STATES BANKRUPTCY COURT

10                     FOR THE DISTRICT OF OREGON

11  In re                                    No. 15-30982-tmb11

12  Earth Class Mail Corporation,            CERTIFICATE OF SERVICE

13                          Debtor.

14                        **CERTIFICATE OF SERVICE**

15          I, Nicholas J. Henderson, hereby certify that on March 18, 2015, I served a full and true

16  copy of the foregoing documents:

17          1.  Notice of Hearing; and,

18          2.  Debtor's Motion for Approval of Stipulation re: Debtor's Use of Cash Collateral and

19  Adequate Protection.

20          I served, by first class U.S. Mail, postage prepaid, a full and true copy of the documents

21  listed above on the parties listed at the addresses listed on the attached Exhibit "A".

22

23

24  Dated: March 18, 2015                    /s/ Nicholas J. Henderson
                                             Nicholas J. Henderson
25

26

**Motschenbacher & Blattner, LLP**
117 SW Taylor Street, Suite 200
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

**LIST OF INTERESTED PARTIES**

*In re Earth Class Mail Corporation*
U.S. Bankruptcy Court Case No. 15-30982-tmb11

**ECF PARTICIPANTS:**

- NICHOLAS J HENDERSON    nhenderson@portlaw.com,
  csturgeon@portlaw.com;tsexton@portlaw.com;atrauman@portlaw.com
- ROBERT IZMIRIAN    rizmirian@buchalter.com
- HOWARD M LEVINE    hlevine@sussmanshank.com,
  janine@sussmanshank.com,ecf.howard.levine@sussmanshank.com
- DOUGLAS R PAHL    dpahl@perkinscoie.com, etherrien@perkinscoie.com;docketpor@perkinscoie.com
- US Trustee, Portland    USTPRegion18.PL.ECF@usdoj.gov

**NON-ECF PARTICIPANTS:**

Frank Pepler
DLA Piper
555 Mission Street Suite 2400
San Francisco, California  94105-2933

**Secured Creditors:**

COMERICA BANK
75 E. TRIMBLE RD.
MC 4770
SAN JOSE, CA 95131

ERVIN LEASING COMPANY
3893 RESEARCH PARK DRIVE
ANN ARBOR, MI 48108

EVERGONE INVESTMENTS
4115 110TH AVE. E
EDGEWOOD, WA 98372

HEWLETT-PACKARD FINANCIAL SERVICES COMPANY
420 MOUNTAIN AVE
MURRAY HILL, NJ 07974

IGNITION MANAGING DIRECTORS FUND, LLC
350 106TH AVE.
1ST FLOOR
BELLEVUE, WA 98004

IGNITION VENTURES MANAGEMENT, LLC
COLLATERAL AGENT FOR SECURED NOTE HOLDERS
11400 SE 6TH STREET, SUITE 100
BELLEVUE, WA 98004

IGNITION VENTURES PARTNERS III, LLC
350 106TH AVE.
1ST FLOOR
BELLEVUE, WA 98004


LAUREN RACHLIN
37 DORSET DRIVE
BUFFALO, NY 14223

MARLIN BUSINESS BANK
2795 E. COTTONWOOD PARKWAY
SALT LAKE CITY, UT 84121

ROBERT MCINTYRE 2003 TRUST
1061 FULTON ST.
PALO ALTO, CA 94301-3313

WASHINGTON PARK VENTURES, LLC
530 HILLSIDE DR. E
SEATTLE, WA 98112

**Top 20 Unsecured Creditors (without duplicates)**

DAVID C. MARTIN
72 JUNIPER DRIVE
ATHERTON, CA 94027

FOC2, LLC
PO BOX 6599
INCLINE VILLAGE, CA 89450


IGNITION VENTURES PARTNERS III, LLC
350 106TH AVE.
1ST FLOOR
BELLEVUE, WA 98004

JAMES AND CAROLYN COHAN LIVING TRUST
604 RIDGE ROAD
TIBURON, CA 94920

JEREMY VOGLER
3044 E. SOUTH MOUNTAIN AVENUE
PHOENIX, AZ 85042

JOHN D. MENKE
255 CALIFORNIA STREET, 10TH FLOOR
SAN FRANCISCO, CA 94111

KNIGHTS TOWER LLC
3319 DEWEY STREET
BOISE, ID 83703

Mark Holmes
PO Box 7710
Menlo Park, CA 94026-7710

Mark Volkmann
1007 Johnnie Dodds Blvd.
Mt. Pleasant, SC 29464

Patrick Wyatt
227 Bellevue Way, #220
Bellevue, WA 98004

Perkins Coie, LLP
1120 NW Couch St.
Tenth Floor
Portland, OR 97209-4128

Portola Investments, LLC
PO Box 7120
Menlo Park, CA 94026

Sarah G. Carr
2315 38TH Ave. E
Seattle, WA 98112

Scott and Alexandra Clifford Living Trust U/R/T/A Nov 18, 1999
PO Box 305
Kentfield, CA 94914

Silverstone Capital LLC
1107 N. Anderson
Tacoma, WA 98406

Thomas M. Mahoney
and Valerie A. Holst
5984 E. Gateway Dr.
Boise, ID 83716

Tim mcgarr and
Susan Patricia Tym mcgarr Living Trust
1120 Vancouver Avenue
Burlingame, CA 94010

Warren J. Kaplan
15340 Pepper Lane
Saratoga, CA 95070

Washington Park Ventures LLC
530 Hillside Drive East
Seattle, WA 98112

**Nicholas J. Henderson, OSB#074027**
nhenderson@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Earth Class Mail Corporation,<br><br>                Debtor. | Case No.  15-30982-tmb11<br><br>DEBTOR'S MOTION FOR APPROVAL OF STIPULATION RE: DEBTOR'S USE OF CASH COLLATERAL AND ADEQUATE PROTECTION<br><br>*EXPEDITED HEARING REQUESTED* |

Pursuant to 11 U.S.C. § 363(c) and Bankruptcy Rule 4001(d), Earth Class Mail Corporation (the "Debtor") moves this Court for approval of the Stipulation re: Debtor's Use of Cash Collateral and Adequate Protection filed March 16, 2015 (the "Stipulation" attached hereto as Exhibit 1) [Dkt No. 31], including entry of the Final Order Authorizing Use of Cash Collateral and Granting Adequate Protection in the form attached as Exhibit 2 to this Motion.  In support of this motion, Debtor states as follows:

1.      On February 27, 2015 (the "Petition Date"), Debtor filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

2.      Debtor has continued in possession of its property and is continuing to operate and manage its business as Debtor-In-Possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

3. This court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2).

4. No request has been made for the appointment of a trustee or an examiner, and no official creditors' committee has yet been established in this case.

5. Debtor is an Oregon corporation headquartered in Beaverton, Oregon. Debtor currently employs 16 people in Oregon, 5 employees in New York City, 2 employees in Los Angeles, California, 2 employees in San Francisco California and 2 employees in Seattle, Washington.

6. Debtor is a corporation organized under the laws of the State of Oregon. Debtor was formed in October 2004 under the name Remote Control Mail Corporation. The corporation changed its name to Document Command, Inc. in July of 2005, and finally to Earth Class Mail Corporation in April of 2007.

7. Comerica and the Subordinated Secured Debt Holders (together, the "Secured Creditors") have or may claim to have an interest in the Debtor's existing cash collateral (as defined in Section 363(a) of the Bankruptcy Code) and/or in the Debtor's accounts, payment intangibles or inventory that will be used, collected or sold by the Debtor post-petition in the ordinary course of business.

8. The Debtor needs the immediate ability to use cash collateral for, among other things, continuing the operation of its business in an orderly manner, making deposits with utility service providers, making deposits with its payroll vendor, paying payroll and other post-petition operating expenses, and satisfying other working capital and operational needs. Absent authority to use cash collateral, the Debtor will have to curtail or terminate its business operations to the

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Phone: (503) 417-0508
Fax: (503) 417-0528

detriment of all parties in interest. Among other things, the disruption or termination of business operations would have a material and adverse effect on the value of the Debtor's business. The Debtor's use of cash collateral will enable it to maintain the going concern value of its business.

9. The Debtor believes that only the security interests of the Secured Creditors are secured by property that has value. The Debtor has offered adequate protection to the Secured Creditors for the Debtors' use of cash collateral, in the form of (i) adequate protection payments to be made by the Debtor from time to time as set forth in the budget attached as Exhibit A to the Stipulation (the "Budget"), and (ii) replacement liens against property of the Debtor of the same nature, kind and priority as secured Debtor's debts to each such creditor on the Petition Date, and in the same relative priority as the liens held by each such creditor on the Petition Date.

10. The Secured Creditors are willing to consent to the Debtor's limited use of cash collateral on the specific terms and conditions set forth herein and to the extent of and for necessary expenses.

11. To preserve and maintain the assets of this bankruptcy estate and to preserve the value of Debtor as a going concern, Debtor requires the use of the Secured Creditors' cash collateral.

12. None of the provisions listed in LBF 541.7 are included in this motion or the proposed order.

13. A copy of the proposed final order authorizing use of cash collateral and granting adequate protection is attached hereto as Exhibit 2.

/ / / /

/ / / /

/ / / /

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Phone: (503) 417-0508
Fax: (503) 417-0528

WHEREFORE, the Debtor-in-Possession prays that this court enter an interim Order:

(a) authorizing the use of cash collateral, pending a final hearing on this motion;

(b) granting the Secured Creditors adequate protection as herein proposed or as otherwise approved by the Court; and

(c) setting a final hearing on this motion.

Dated: <u>March 18, 2015.</u>                            <u>/s/ Nicholas J. Henderson</u>
                                                                    Nicholas J. Henderson
                                                                    Attorney for Debtor in Possession

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Phone: (503) 417-0508
Fax: (503) 417-0528

# EXHIBIT 1

**Nicholas J. Henderson, OSB#074027**
nhenderson@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>EARTH CLASS CORPORATION,<br><br>     Debtor. | Case No.<br><br>STIPULATION RE: DEBTOR'S USE OF CASH COLLATERAL AND ADEQUATE PROTECTION |

Earth Class Mail Corporation (the "Debtor"), as debtor in possession, hereby agrees to the following Stipulation with Comerica Bank ("Comerica"), and a group of lenders including Ignition Managing Directors Fund LLC, Ignition Venture Partners III, LP, Washington Park Ventures, Evergone Investments, Robert MacIntyre, and Laura Rachlin (together, the "Subordinated Secured Debt Holders"), regarding the Debtor's use of cash collateral.

## RECITALS

  A.  On February 27, 2015 (the "Petition Date"), Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

  B.  Pursuant to sections 1107 and 1108 of the Bankruptcy Code, Debtor continues to operate its business and manage its property as a debtor and debtor in possession.

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Phone: (503) 417-0508
Fax: (503) 417-0528

C.　　As of the date hereof, no trustee or examiner has been requested or appointed an no official committee of creditors has been appointed.

D.　　Comerica and the Subordinated Secured Debt Holders (together, the "Secured Creditors") have or may claim to have an interest in the Debtor's existing cash collateral (as defined in section 363(a) of the Bankruptcy Code) and/or in the Debtor's accounts, payment intangibles or inventory that will be used, collected or sold by the Debtor post-petition in the ordinary course of business:

E.　　The Debtor needs the immediate ability to use cash collateral for, among other things, continuing the operation of its business in an orderly manner, making deposits with utility service providers, making deposits with its payroll vendor, paying payroll and other post-petition operating expenses, and satisfying other working capital and operational needs.  Absent authority to use cash collateral, the Debtor will  have to curtail or terminate its business operations to the detriment of all parties in interest.  Among other things, the disruption or termination of business operations would have a material and adverse effect on the value of the Debtor's business.  The Debtor's use of cash collateral will enable it to maintain the going concern value of its business.

F.　　The Debtor believes that only the security interests of the Secured Creditors are secured by property that has value.  The Debtor has offered adequate protection to the Secured Creditors for the Debtor's use of cash collateral, in the form of (i) adequate protection payments to be made by the Debtor from time to time as set forth in the budget attached hereto as **Exhibit A** (the "Budget"), and (ii) replacement liens against property of the Debtor of the same nature, kind and priority as secured Debtor's debts to each such creditor on the Petition Date, and in the same relative priority as the liens held by each such creditor on the Petition Date.

G.　　The Secured Creditors are willing to consent to the Debtor's limited use of cash collateral on the specific terms and conditions set forth herein and to the extent of and for necessary expenses.

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Phone: (503) 417-0508
Fax: (503) 417-0528

## STIPULATION

NOW, THEREFORE, in consideration of the mutual promises set forth herein and other good and valuable consideration, the adequacy of which is acknowledged, the Debtor and Lender hereby stipulate and agree as follows:

1. <u>Recitals/Authority</u>: The Recitals contained herein shall be accorded no evidentiary value by any of the Parties, parties in interest or a court of competent jurisdiction, and may be used solely and exclusively for purposes of interpreting this Stipulation. Each of the parties to this Stipulation represent that they have the right and authority to execute this Stipulation and act in accordance with its terms, except that the Debtor's obligation and duties hereunder are subject to Bankruptcy Court approval.

2. <u>Use of Cash Collateral</u>: Except as set forth herein, the Debtor is authorized to use cash collateral until further Order of this Court, for the limited purposes specifically set forth below and pursuant to the terms of the Budget. The Debtor may make expenditures in excess of the amounts set forth in the Budget so long as the total variance does not exceed, on a cumulative basis, 10 percent of the total budgeted expenses through the end of the applicable period. The Debtor may exceed such variances only with the prior written consent of the Secured Creditors or as permitted by a further order of this Court.

3. <u>Adequate Protection</u>. As adequate protection for the Debtor's use of cash collateral, the Debtor agrees to the following:

    a. The Secured Creditors shall be granted replacement liens on property of the Debtor of the same nature, kind and priority as secured Debtor's debts to each such creditor on the Petition Date;

    b. The liens in the replacement collateral shall have the same relative priority as the liens held by each such creditor on the Petition Date;

    c. The Debtor shall timely perform and complete all actions necessary and appropriate to protect the cash collateral against diminution in value;

    d. The Debtor shall provide to the Secured Creditors, on or before 5:00 p.m.

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Phone: (503) 417-0508
Fax: (503) 417-0528

each Monday during the Budget period, the following weekly financial reports for the immediately preceding week: Weekly Statement of Cash Flows, Weekly Income Statement, Weekly Balance Sheet, Weekly A/R Aging Report, and Weekly A/P Aging Report, certified by Debtor's CFO to be accurate to the best of his or her knowledge, information and belief, prepared on a cash basis, and prepared in accordance with generally accepted accounting practices;

        e.    The Debtor shall at all times cause to be maintained such policies of insurance on its assets as are required by the loan documents of the Secured Creditors, or by the United States Trustee; and

        f.    The Debtor shall at all times reasonably manage and preserve its assets.

    4.   <u>Order</u>.  The Debtor and the Secured Creditors stipulate to the form of Order Authorizing Debtor's Use of Cash Collateral, and Granting Adequate Protection attached hereto as **Exhibit B** (the "<u>Cash Collateral Order</u>").  The Debtor shall file the Cash Collateral concurrently with this this stipulation.

    5.   <u>Disclosure Pursuant to Local Court Guidelines</u>.  The parties understand and acknowledge that the adequate protection agreed to in this Stipulation does not, and is not intend to violate any of the Guidelines Regarding Motions to Use Cash Collateral set forth in LBF 541.7.

    6.   <u>Notice</u>. The Debtor shall provide notice of this stipulation, and of the related Order to (i) the Office United States Trustee, (ii) the creditors holding the 20 largest unsecured claims, and (iii) any parties requesting special notice in the above-captioned case; and (iv) any other parties the Debtor believes are affected by this matter.  The Debtor submits that the foregoing constitutes good and sufficient notice and believes that no other or further notice need be given in the circumstances.

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Phone: (503) 417-0508
Fax: (503) 417-0528

STIPULATED AND AGREED TO AS OF: March 4, 2015

MOTSCHENBACHER & BLATTNER, LLP

By:/s/ Nicholas J. Henderson
    Nicholas J. Henderson, OSB No. 074027
    nhenderson@portlaw.com
117 SW Taylor Street, Suite 200
Portland, OR 97204
Telephone: (503) 417-0500
Facsimile: (503) 417-0501

Proposed Attorneys for Debtor
Earth Class Mail Corporation

DLA PIPER LLP

By: /s/ Frank T. Pepler
    Frank T. Pepler
    frank.pepler@dlapiper.com
555 Mission Street Suite 2400
San Francisco, California 94105-2933
Telephone: (415) 836-2550
Facsimile: (415) 659-7425

Of Attorneys for Ignition Ventures
Management, LLC, Collateral Agent for
Subordinated Secured Debt Holders

BUCHALTER NEMER

By: /s/ Robert E. Izmirian
    Robert E. Izmirian
    rizmirian@buchalter.com
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 227-3520
Facsimile: (415) 227-3531

Of Attorneys for Comerica Bank

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Phone: (503) 417-0508
Fax: (503) 417-0528

**Exhibit A**

**Cash Collateral Budget**

**Exhibit B**

**Cash Collateral Order**

# EXHIBIT 2

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In re

Earth Class Mail Corporation,

Debtor.

Case No.  15-30982-TMB11

FINAL ORDER AUTHORIZING USE OF
CASH COLLATERAL AND GRANTING
ADEQUATE PROTECTION

Based on the Stipulation re: Use of Cash Collateral and Adequate Protection between

Earth Class Mail Corporation (the "Debtor") and the Secured Creditors (as that term is defined

below), the Court makes the following findings of fact and conclusions of law:

A.  On February 27, 2015 (the "Petition Date"), the Debtor filed herein a voluntary

petition under Chapter 11 of the Bankruptcy Code.  As of the date hereof, no trustee or examiner

has been requested or appointed and no official committee of creditors has been appointed.

B.  The Court has jurisdiction over this case under 28 U.S.C. §§ 157 and 1334.

Venue of this case is properly in this District under 28 U.S.C. §§ 1408 and 1409.  This matter is a

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Phone: (503) 417-0508
Fax: (503) 417-0528

core proceeding under 28 U.S.C. § 157(b), 11 U.S.C. §§ 105(a) and 363 of the Code, FRBP 4001 and LBR 4001-1(c).

C.  The following creditors (each a "Secured Creditor" and collectively the "Secured Creditors") have or may claim to have an interest in the Debtor's existing cash collateral (as defined in section 363(a) of the Bankruptcy Code) and/or in the Debtor's accounts, payment intangibles or inventory that will be used, collected or sold by the Debtor postpetition in the ordinary course of business:

(1) Comerica Bank ("Comerica");

(2) Ignition Venture Partners III, LP;

(3) Ignition Managing Directors Fund III, LLC;

(4) Washington Park Ventures, LLC;

(5) Evergone Investments;

(6) Robert R. McIntryre 2003 Trust; and

(7) Lauren D. Rachlin

D.  The Secured Creditors have consented to the Debtor's use of cash collateral for the period from February 27, 2015, to May 31, 2015 (the "Budget Period"), on the terms set forth in this Order;

E.  The adequate protection offered to the Secured Creditors in the motion is reasonable and appropriate in the circumstances.

Based on the foregoing, it is hereby ORDERED as follows:

<u>CASH COLLATERAL</u>

1.  The Debtor is authorized to use cash collateral for the purposes of funding expenditures consistent with the budget attached hereto as Exhibit A (the " Budget"), which includes a deposit to the Debtor's payroll vendor.

2.  The Debtor may make expenditures in excess of the amounts set forth in the Budget so long as the total variance does not exceed, on a cumulative basis, 10 percent of the total budgeted expenses through the end of the applicable period.  The Debtor may exceed such

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Phone: (503) 417-0508
Fax: (503) 417-0528

variances only with the prior written consent of Secured Creditors, or as permitted by a further order of this Court.

3. The Debtor's authority to use cash collateral shall terminate upon the occurrence of any of the following events:

a. The expiration of the Budget Period;

b. This Chapter 11 case is either dismissed or converted to a case under Chapter 7 of the Bankruptcy Code; or

c. A trustee is appointed in this Chapter 11 Case; or

d. The Debtor defaults in any material respect in the performance of or compliance with any term or provision in this Order, and in each case such default is not remedied within 10 calendar days after the Debtor receives written notice of such default; or

e. Any information or report made or furnished by the Debtor or on its behalf pursuant to this Order is false, incorrect or misleading in any material respect at the time made or furnished.

4. Nothing in this Order shall prevent the Secured Creditors from seeking to revoke the Debtor's authority to use cash collateral if the Secured Creditors believe such a motion is warranted under the circumstances.

<u>ADEQUATE PROTECTION</u>

5. As adequate protection for the Debtor's use of cash collateral, the Secured Creditors are granted the following:

a. replacement liens on property of the Debtor of the same nature, kind and priority as secured Debtor's debts to each such creditor on the Petition Date;

b. The liens in the replacement collateral shall have the same relative priority as the liens held by each such creditor on the Petition Date;

c. The Debtor shall timely perform and complete all actions necessary and appropriate to protect the cash collateral against diminution in value;

PAGE 3 – ORDER AUTHORIZING USE OF CASH COLLATERAL

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Phone: (503) 417-0508
Fax: (503) 417-0528

d.      The Debtor shall provide to the Secured Lenders, on or before 5:00 p.m. each Monday during the Budget period, the following weekly financial reports for the immediately preceding week: Weekly Statement of Cash Flows, Weekly Income Statement, Weekly Balance Sheet, Weekly A/R Aging Report, and Weekly A/P Aging Report, certified by Debtor's CFO to be accurate to the best of his or her knowledge, information and belief, prepared on a cash basis, and prepared in accordance with generally accepted accounting practices;

e.      The Debtor shall at all times cause to be maintained such policies of insurance on its assets as are required by the loan documents of the Secured Lenders, or by the United States Trustee; and

f.      The Debtor shall at all times reasonably manage and preserve its assets

6.   The provisions hereof and the effect of any actions taken hereunder shall survive the entry of any order converting this case to one under Chapter 7 of the Bankruptcy Code or dismissing this Chapter 11 case.

<u>ADDITIONAL PROVISIONS</u>

7.   Nothing herein shall (i) impair or limit any of the Secured Creditors' rights or remedies in this case or in any superseding case under the Bankruptcy Code, including the right to seek conversion or dismissal, or (ii) prejudice the right of a Secured Creditor to seek a modification of this Order for additional adequate protection.

8.   Nothing herein shall constitute a determination of the rights or interests of the Secured Creditors other than as specifically set forth in this Order.  Without limiting the generality of the foregoing sentence, nothing herein shall constitute a determination with respect to (i) the allowability or amount of any claim, (ii) the validity, enforceability or perfection or nonperfection of any of the Security Creditors' security interests, or (iii) the extent or priority of any of the Security Creditors' security interests.  In the event that a Secured Creditor's prepetition security interest is unenforceable or determined to be avoidable under any applicable provision of the Bankruptcy Code, then any payments received by and/or any administrative expense claim

PAGE 4 – ORDER AUTHORIZING USE OF CASH COLLATERAL

awarded to such Secured Creditor hereunder on account of such unenforceable or voided security shall be returned to the estate and any such claims shall be disallowed.

9. The Debtor is authorized to take all actions necessary to effectuate the relief granted by this Order.

10. This Order shall be effective immediately upon its entry.

11. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###

I certify that I have complied with the requirements of LBR 9021-1 (a)(2)(A).

**Presented by:**

MOTSCHENBACHER & BLATTNER, LLP

By:      /s/ Nicholas J. Henderson
_____
   Nicholas J. Henderson, OSB No. 074027
   nhenderson@portlaw.com
   117 SW Taylor Street, Suite 200
   Portland, OR  97204
   Telephone:  (503) 417-0500
   Facsimile:  (503) 417-0501

Proposed Attorneys for Earth Class Mail
Corporation

cc: List of Interested Parties

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 200
Portland, OR 97204
Phone: (503) 417-0508
Fax: (503) 417-0528

**LIST OF INTERESTED PARTIES**

*In re Earth Class Mail Corporation*
U.S. Bankruptcy Court Case No. 15-30982-tmb11

**ECF PARTICIPANTS:**

- NICHOLAS J HENDERSON    nhenderson@portlaw.com,
  csturgeon@portlaw.com;tsexton@portlaw.com;atrauman@portlaw.com
- ROBERT IZMIRIAN    rizmirian@buchalter.com
- HOWARD M LEVINE    hlevine@sussmanshank.com,
  janine@sussmanshank.com,ecf.howard.levine@sussmanshank.com
- DOUGLAS R PAHL    dpahl@perkinscoie.com, etherrien@perkinscoie.com;docketpor@perkinscoie.com
- US Trustee, Portland    USTPRegion18.PL.ECF@usdoj.gov

**NON-ECF PARTICIPANTS:**

Frank Pepler
DLA Piper
555 Mission Street Suite 2400
San Francisco, California  94105-2933

**Secured Creditors:**

COMERICA BANK
75 E. TRIMBLE RD.
MC 4770
SAN JOSE, CA 95131

ERVIN LEASING COMPANY
3893 RESEARCH PARK DRIVE
ANN ARBOR, MI 48108

EVERGONE INVESTMENTS
4115 110TH AVE. E
EDGEWOOD, WA 98372

HEWLETT-PACKARD FINANCIAL SERVICES COMPANY
420 MOUNTAIN AVE
MURRAY HILL, NJ 07974

IGNITION MANAGING DIRECTORS FUND, LLC
350 106TH AVE.
1ST FLOOR
BELLEVUE, WA 98004

IGNITION VENTURES MANAGEMENT, LLC
COLLATERAL AGENT FOR SECURED NOTE HOLDERS
11400 SE 6TH STREET, SUITE 100
BELLEVUE, WA 98004

IGNITION VENTURES PARTNERS III, LLC
350 106TH AVE.
1ST FLOOR
BELLEVUE, WA 98004
LAUREN RACHLIN
37 DORSET DRIVE
BUFFALO, NY 14223

MARLIN BUSINESS BANK
2795 E. COTTONWOOD PARKWAY
SALT LAKE CITY, UT 84121

ROBERT MCINTYRE 2003 TRUST
1061 FULTON ST.
PALO ALTO, CA 94301-3313

WASHINGTON PARK VENTURES, LLC
530 HILLSIDE DR. E
SEATTLE, WA 98112

**Top 20 Unsecured Creditors (without duplicates)**

DAVID C. MARTIN
72 JUNIPER DRIVE
ATHERTON, CA 94027

FOC2, LLC
PO BOX 6599
INCLINE VILLAGE, CA 89450

IGNITION VENTURES PARTNERS III, LLC
350 106TH AVE.
1ST FLOOR
BELLEVUE, WA 98004

JAMES AND CAROLYN COHAN LIVING TRUST
604 RIDGE ROAD
TIBURON, CA 94920

JEREMY VOGLER
3044 E. SOUTH MOUNTAIN AVENUE
PHOENIX, AZ 85042

JOHN D. MENKE
255 CALIFORNIA STREET, 10TH FLOOR
SAN FRANCISCO, CA 94111

KNIGHTS TOWER LLC
3319 DEWEY STREET
BOISE, ID 83703

MARK HOLMES
PO BOX 7710
MENLO PARK, CA 94026-7710

MARK VOLKMANN
1007 JOHNNIE DODDS BLVD.
MT. PLEASANT, SC 29464

PATRICK WYATT
227 BELLEVUE WAY, #220
BELLEVUE, WA 98004

PERKINS COIE, LLP
1120 NW COUCH ST.
TENTH FLOOR
PORTLAND, OR 97209-4128

PORTOLA INVESTMENTS, LLC
PO BOX 7120
MENLO PARK, CA 94026

SARAH G. CARR
2315 38TH AVE. E
SEATTLE, WA 98112

SCOTT AND ALEXANDRA CLIFFORD LIVING TRUST U/R/T/A NOV 18, 1999
PO BOX 305
KENTFIELD, CA 94914

SILVERSTONE CAPITAL LLC
1107 N. ANDERSON
TACOMA, WA 98406

THOMAS M. MAHONEY
AND VALERIE A. HOLST
5984 E. GATEWAY DR.
BOISE, ID 83716

TIM MCGARR AND
SUSAN PATRICIA TYM MCGARR LIVING TRUST
1120 VANCOUVER AVENUE
BURLINGAME, CA 94010

WARREN J. KAPLAN
15340 PEPPER LANE
SARATOGA, CA 95070

WASHINGTON PARK VENTURES LLC
530 HILLSIDE DRIVE EAST
SEATTLE, WA 98112