M.Vivienne Popperl, OSB 3853055
Office of the United States Trustee
620 SW Main Street, Room 213
Portland, OR 97205
Tel: (503) 326-7656

    Attorney for Gail Brehm Geiger, Acting U.S. Trustee for Region 18

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Earth Class Mail Corporation,<br><br>Debtor. | Case No. 15-30982-tmb11<br><br>APPOINTMENT OF CONSUMER PRIVACY OMBUDSMAN AND NOTICE THEREOF |

    Pursuant to 11 U.S.C. § 332, Fed. R. Bankr. P. 6004(g)(2), and the order directing this appointment entered by the court on April 20, 2015, the United States Trustee hereby appoints as Consumer Privacy Ombudsman in this case:

    Wesley H. Avery
    6055 East Washington Blvd., Suite 500
    Los Angeles, CA 90040
    wavery@rpmlaw.com
    (661) 618-7376

    DATED this 22nd day of April, 2015.

    Respectfully submitted,
    GAIL BREHM GEIGER
    Acting United States Trustee

    /s/ M. Vivienne Popperl
    M. Vivienne Popperl, OSB# 853055
    Trial Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2015, I served a copy of the foregoing

APPOINTMENT OF CONSUMER PRIVACY OMBUDSMAN AND NOTICE THEREOF by

mailing a copy of this document by first-class U.S. Mail postage prepaid to the following:

Earth Class Mail Corporation
9450 SW Gemini Drive, No. 101
Beaverton, OR 97008

FRANK T. PEPLER
DLA PIPER LLP
555 Mission St #2400
San Francisco, CA 97105

                                            GAIL BREHM GEIGER
                                            Acting United States Trustee

                                            /s/ M. Vivienne Popperl
                                            M. Vivienne Popperl, OSB# 853055
                                            Trial Attorney