Below is an Order of the Court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>EARTH CLASS MAIL CORPORATION,<br><br>Debtor. | Case No. 15-30982-tmb11<br><br>ORDER AUTHORIZING EMPLOYMENT OF JAMES A. ELLIOTT, CPA |

THIS MATTER having come before the Court on the Application for Employment of Accountant for Debtor in Possession [Docket #54] filed by Debtor in Possession Earth Class Mail Corporation (the "Debtor"). Based on the Application and attached documents, and on the entire record of this case, it is

ORDERED that:

1. Pursuant to sections 327(a) and 1107 of the Bankruptcy Code, the Debtor's employment of James A. Elliott, CPA ("Elliott") as its accountant in this Chapter 11 case is authorized.

2. Elliott's compensation and reimbursement of expenses shall be awarded in accordance with sections 330 and 331 of the Bankruptcy Code.

3. This Order shall be effective as of the petition date.

# # #

Order Presented by:

MOTSCHENBACHER & BLATTNER, LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB #074027
Telephone: 503-417-0500
E-mail: nhenderson@portlaw.com
Of Attorneys for Debtor

Parties to Serve:

ECF Electronic Service:
- NICHOLAS J HENDERSON    nhenderson@portlaw.com, csturgeon@portlaw.com;tsexton@portlaw.com;atrauman@portlaw.com
- ROBERT IZMIRIAN    rizmirian@buchalter.com
- HOWARD M LEVINE    hlevine@sussmanshank.com, janine@sussmanshank.com,ecf.howard.levine@sussmanshank.com
- DOUGLAS R PAHL    dpahl@perkinscoie.com, etherrien@perkinscoie.com;docketpor@perkinscoie.com
- US Trustee, Portland    USTPRegion18.PL.ECF@usdoj.gov

Service via First-Class Mail:

FRANK T. PEPLER
DLA PIPER LLP
555 Mission St #2400
San Francisco, CA 97105

WESLEY H AVERY
6055 East Washington Blvd., Suite 500
Los Angeles, CA 90040