Below is an Order of the Court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

In re

Earth Class Mail Corporation,

Debtor.

Case No. 15-30982-tmb11

ORDER RE: U.S. TRUSTEE'S OBJECTION TO ASSUMPTION AND ASSIGNMENT OF EMPLOYMENT AGREEMENTS AND MANAGEMENT CARVE-OUT PLAN

This matter came before the Court on May 13, 2015, on the U.S. Trustee's Objection to Assumption of Employment Agreements and Management Carve-Out Plan, filed on April 15, 2015 (Docket No. 64) (the "U.S. Trustee's Objection"). The Debtor appeared by and through its attorney, Nicholas J. Henderson. The U.S. Trustee appeared by and through its attorney M. Vivienne Popperl. The Court having considered the testimony of Stacey Lee, as well as the submissions and arguments of counsel and the files and records herein, and being now fully advised, it is hereby:

FOUND AND DETERMINED THAT:

A. Given the specific facts and circumstances of the Debtor's pre-petition operations, the Debtor's Management Carve-Out Plan is an ordinary course transaction;

PAGE 1- ORDER RE: US TRUSTEE'S OBJECTION TO ASSUMPTION AND ASSIGNMENT OF EMPLOYMENT AGREEMENTS AND MANAGEMENT CARVE-OUT PLAN

MOTSCHENBACHER & BLATTNER, LLP
117 SW Taylor, Suite 200
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

B. Given the specific facts and circumstances of the Debtor's prepetition operations, the Debtor's employment agreements with Stacey Lee and James Wilson are also transactions in the Debtor's ordinary course of business.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The U.S. Trustee's Objection is overruled;

2. The Debtor is authorized to assume and assign the Management Cave-Out Plan, as that term is defined in the U.S. Trustee's Objection; and

3. The Debtor is authorized to assume and assign its employment agreements with Stacey Lee and James Wilson.

###

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

**Presented by:**

MOTSCHENBACHER & BLATTNER, LLP

By: /s/ Nicholas J. Henderson
    Nicholas J. Henderson, OSB No. 074027
    nhenderson@portlaw.com
117 SW Taylor Street, Suite 200
Portland, OR 97204
Telephone: (503) 417-0500
Facsimile: (503) 417-0501

Attorneys for Earth Class Mail Corporation

CC: ECF-registered parties, and the following party(s) requiring notice by US Mail:

Wesley H Avery
6055 East Washington Blvd., Suite 500
Los Angeles, CA 90040

James A Elliott, CPA
5319 SW Westgate Dr #109
Portland, OR 97221

FRANK T. PEPLER
DLA PIPER LLP
555 Mission St #2400
San Francisco, CA 97105

PAGE 2- ORDER RE: US TRUSTEE'S OBJECTION TO ASSUMPTION AND ASSIGNMENT OF EMPLOYMENT AGREEMENTS AND MANAGEMENT CARVE-OUT PLAN

MOTSCHENBACHER & BLATTNER, LLP
117 SW Taylor, Suite 200
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 15-30982-tmb11    Doc 98    Filed 05/22/15