**[1] Notice of Intent to 1) Pay Professionals; 2) Pay Management Carve-Out Plan Participants; 3) Pay Secured Creditors; and 4) Close Case Filed By Debtor Earth Class Mail Corporation (HENDERSON, NICHOLAS) (160)**
**[2] Request for Guidance  Filed by Spec. Counsel Perkins Coie LLP (PAHL, DOUGLAS) (151) --Document Miscellaneous Motion (151) has been moved to 2016-02-25 at 9:00 AM**

Earth Class Mail Corporation - db    DOUGLAS R PAHL

Perkins Coie LLP - sp          DOUGLAS R PAHL

US Trustee, Portland - ust
                    *See attached for appearances*

Evidentiary Hearing:          Yes: ☒          No: ☐

*Exhibits 1-35, A-F  received*
*Declarations of Nicholas Henderson, Troy Costello, Douglas Pahl are admitted*

*For the reasons cited on the record: 1) Perkins Coie must return $27,687.31 to IUM 2) Perkins Coie's Post Petition fee application is allowed except for $15,000.*

Order to be prepared by: ☐ Clerk's Office  ☐ Chamber  ☒ *As noted on the record*

DOCKET ENTRY:          *3. Other matters such as professional fees, secured creditor payments, and carve out plan participants are allowed.*

Case 15-30982-tmb11   Doc 191   Filed 02/25/16

In Re:                                    )          Case # 15-30982-tmb11

Earth Class Mail Corporation )
                                          )
                                          )

Debtor

# List of Persons Attending

Date of Hearing  2-25-16

PRINT YOUR NAME                    PRINT NAME OF BUSINESS OR
                                   PERSON YOU REPRESENT

Carla McClurg                      UST
Tammy Combs                        UST
Doug Pahl                          Perkins Coie
Al Smith                           " "
Brent Bullock                      " "
Troy Costello                      " "
(phone) Frank Pepler               Ignition Managing Dir. fund et al.