Below is an Order of the Court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In re

Earth Class Mail Corporation,

    Debtor.

Case No. 15-30982-tmb11

ORDER RE: DEBTOR'S NOTICE OF INTENT TO 1) PAY PROFESSIONALS; 2) PAY MANAGEMENT CARVE-OUT PLAN PARTICIPANTS; 3) PAY SECURED CREDITORS; AND 4) CLOSE CASE

  This matter came before the Court on February 25, 2016, on the Debtor's Notice of Intent to 1) Pay Professionals; 2) Pay Management Carve-Out Plan Participants; 3) Pay Secured Creditors; and 4) Close Case. (Docket No. 160) (the "Notice of Intent"). Also before the Court were the Application for Final Professional Compensation (Proof of Claim No. 14) (the "Perkins Application"), and United States Trustee's (i) Motion for Disgorgement, Sanctions, and Disqualification; and (ii) Objection to Perkins Coie's Final Fee Application (Docket No. 175) (the "UST Objection"). The Court, having reviewed the Notice of Intent and the files and records filed herein, and with Perkins Application and UST Objection having been resolved by separate order, and no objections to the Notice of Intent having been filed:

PAGE 1- ORDER RE: DEBTOR'S NOTICE OF INTENT TO 1) PAY PROFESSIONALS; 2) PAY MANAGEMENT CARVE-OUT PLAN PARTICIPANTS; 3) PAY SECURED CREDITORS; AND 4) CLOSE CASE

MOTSCHENBACHER & BLATTNER, LLP
117 SW Taylor, Suite 200
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

IT IS HEREBY ORDERED:

A. The following professionals' applications for compensation are allowed in the following amounts:

- Motschenbacher & Blattner, LLP (general bankruptcy counsel): $63,104.57;
- Wesley Avery (Consumer Privacy Ombudsman): $4,892.50;

B. Debtor is authorized to pay Management Carve-Out Plan Participants $32,000.00 from cash on hand;

C. Debtor is authorized to pay IVM (for the Ignition Creditors) all remaining cash on hand, less amounts needed to pay appropriate quarterly fees to the U.S. Trustee;

D. Debtor shall pay all U.S. Trustee fees promptly;

E. Debtor is authorized to appoint Debtor's former CFO, Stacey Lee, to monitor claims against $500,000 being held in escrow during the remainder of the escrow period set forth in the Asset Purchase Agreement between the Debtor and Delivered.IO, Inc.; and,

F. At the conclusion of the escrow period, Stacey Lee is authorized the distribute 16% of the remaining escrow funds pursuant to the Debtor's Management Carve-Out Plan, pay associated employer taxes, and pay all remaining funds to IVM for the Ignition Creditors at the end of the escrow period.

G. The estate has been fully administered, and the Clerk of the Court is directed to enter a final decree closing the case.

###

PAGE 2- ORDER RE: DEBTOR'S NOTICE OF INTENT TO 1) PAY PROFESSIONALS; 2) PAY MANAGEMENT CARVE-OUT PLAN PARTICIPANTS; 3) PAY SECURED CREDITORS; AND 4) CLOSE CASE

MOTSCHENBACHER & BLATTNER, LLP
117 SW Taylor, Suite 200
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

ccdcd

Case 15-30982-tmb11    Doc 199    Filed 03/15/16

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A). The U.S. Trustee has advised undersigned counsel that it has no objection to this form of order.

**Presented by:**

MOTSCHENBACHER & BLATTNER, LLP

By: /s/ Nicholas J. Henderson
 Nicholas J. Henderson, OSB No. 074027
 nhenderson@portlaw.com
117 SW Taylor Street, Suite 200
Portland, OR 97204
Telephone: (503) 417-0500
Facsimile: (503) 417-0501

Attorneys for Earth Class Mail Corporation

**PARTIES TO SERVE**

Electronic Service: ECF Parties:

Via First Class Mail:

 Wesley H Avery
 6055 East Washington Blvd., Suite 500
 Los Angeles, CA 90040

 FRANK T. PEPLER
 DLA PIPER LLP
 555 Mission St #2400
 San Francisco, CA 97105

PAGE 3- ORDER RE: DEBTOR'S NOTICE OF INTENT TO 1) PAY PROFESSIONALS; 2) PAY MANAGEMENT CARVE-OUT PLAN PARTICIPANTS; 3) PAY SECURED CREDITORS; AND 4) CLOSE CASE

MOTSCHENBACHER & BLATTNER, LLP
117 SW Taylor, Suite 200
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

ccdcd

Case 15-30982-tmb11    Doc 199    Filed 03/15/16