Below is an Order of the Court.

TRISH M. BROWN
U.S. Bankruptcy Judge

FDN (3/27/08) pjk

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
**Earth Class Mail Corporation**
Debtor(s)

Case No. **15–30982–tmb11**

FINAL DECREE

The estate of the above debtor(s) having been fully administered,

**IT IS ORDERED** that this Chapter 11 case is closed, and that the court shall retain jurisdiction over any adversary proceeding(s) pending at the time of closure.

###